1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  JONATHAN C. ROLNICK, State Bar #151814
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3815
6  Facsimile:    (415) 554-4248
   E-Mail:       jonathan.rolnick@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM SETZLER, | Case No. C 07-5792 EMC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by Defendant City and County of San Francisco (the "City") and Plaintiff William Setzler ("Setzler") that the time for the City to respond to Setzler's Complaint for Damages shall be extended by thirty (30) days. This stipulation is made pursuant to Civil Local Rule 6-1(a).

1  Setzler served the City with a summons and the Complaint for Damages on December 7,
2  2007. The City's responsive pleading is currently due on or before December 27, 2007. By
3  extending the time for the City's response by thirty days, the parties agree that the City's responsive
4  pleading is now due on or before January 28, 2008.

5

6  Dated: December 20, 2007

7
8                                          DENNIS J. HERRERA
                                           City Attorney
9                                          ELIZABETH SALVESON
                                           Chief Labor Attorney
10                                         JONATHAN C. ROLNICK
                                           Deputy City Attorney
11
12                                         By: _____
                                                JONATHAN C. ROLNICK
13
                                           Attorneys for Defendant
14                                         CITY AND COUNTY OF SAN FRANCISCO

15  Dated: December 21, 2007

16
17                                         MOSLEY & GEARINGER LLP

18                                         By: _____
                                                STEPHEN HENRY
19
                                           Attorneys for Plaintiff
20                                         WILLIAM SETZLER

21
22
23
24
25
26
27
28