1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   ELIZABETH SALVESON, State Bar #83788
    Chief Labor Attorney
3   JONATHAN C. ROLNICK, State Bar #151814
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, 5th Floor
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-3815
6   Facsimile:    (415) 554-4248
    E-Mail:       jonathan.rolnick@sfgov.org
7

8   Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO
9

10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13  WILLIAM SETZLER,                        Case No. C 07-5792 EMC

14              Plaintiff,                   **STIPULATION TO EXTEND TIME TO
                                             RESPOND TO COMPLAINT** ; ORDER
15      vs.

16  CITY AND COUNTY OF SAN
    FRANCISCO,
17
18              Defendant.

19

20

21      **IT IS HEREBY STIPULATED** by Defendant City and County of San Francisco (the "City")

22  and Plaintiff William Setzler ("Setzler") that the time for the City to respond to Setzler's Complaint

23  for Damages shall be extended by thirty (30) days.  This stipulation is made pursuant to Civil Local

    Rule 6-1(a).
24

25

26

27

28

1    Setzler served the City with a summons and the Complaint for Damages on December 7,

2    2007. The City's responsive pleading is currently due on or before December 27, 2007. By

3    extending the time for the City's response by thirty days, the parties agree that the City's responsive

4    pleading is now due on or before January 28, 2008.

5

6    Dated: December 20, 2007

7

8    DENNIS J. HERRERA
     City Attorney
     ELIZABETH SALVESON
9    Chief Labor Attorney
     JONATHAN C. ROLNICK
10   Deputy City Attorney

11

12   By:_____
     JONATHAN C. ROLNICK

13

14   Attorneys for Defendant
     CITY AND COUNTY OF SAN FRANCISCO

15   Dated: December 2/, 2007

16

17   MOSLEY & GEARINGER LLP

18   By:_____
     STEPHEN HENRY

19

20   Attorneys for Plaintiff
     WILLIAM SETZLER

21

22

23   IT IS SO ORDERED.

24

25                    IT IS SO ORDERED

26   _____
     Edward M. Chen        Judge Edward M. Chen

27   U.S. Magistrate Judge

28

STIP. EXTENDING TIME TO RESPOND
CASE NO. C 07-5792 EMC                    2                    n:\labor\li2007\080676\00456396.doc