**STEPHEN F. HENRY, ESQ.**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@SHenrylaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SETZLER | **CASE NO: 07-CV-05792-EMC** |
| Plaintiff, | NOTICE OF CHANGE OF ADDRESS |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, and DOES ONE through TEN, inclusive | |
| Defendant. | |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that counsel for plaintiff is at a new address, phone number, e-mail address and fax number:
STEPHEN F. HENRY, ESQ
2625 Alcatraz Avenue, No. 615
Berkeley, CA 94705
Telephone:    (510) 898-1883
Facsimile:    (510) 295-2516
shenry@SHenrylaw.com

DATED: January 9, 2008

                                          By: /S/ Stephen F. Henry
                                          STEPHEN F. HENRY
                                          Attorney for Plaintiff

**07-CV-05792-EMC**                                1