UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM SETZLER,
    Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO et al.
    Defendant(s).

No. C 07-CV-05792-EMC

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 1/28/08

Signature: _____

Counsel for
(Plaintiff, Defendant, or indicate "pro se")