IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SELTZER, | No. C 07-05792SI |
| Plaintiff, | **NOTICE** |
| v. | |
| SF CITY AND COUNTY, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, March 7, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: February 15, 2008    RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk