UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


WILLIAM SETZLER

CASE NO. 07-CV-05792-SI

Plaintiff(s),

v.                                    NOTICE OF NEED FOR ADR PHONE
                                      CONFERENCE
CITY AND COUNTY OF SAN
FRANCISCO and DOES ONE-TEN

Defendant(s).

_____/


Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference March 7, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jesse J. Lad | Defendants | 510-808-2005 | jlad@meyersnave.com |
| Stephen F. Henry | Plaintiff | 510-898-1883 | shenry@shenrylaw.com |
| | | | |
| | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*


Dated: 2/21/08 _____                    /s/ Stephen F. Henry _____
                                          Attorney for Plaintiff

Dated: 2/21/08 _____                    /s/ Jesse J. Lad _____
                                          Attorney for Defendant

Rev 1.05