**STEPHEN F. HENRY, ESQ.**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@SHenrylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SETZLER<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, and DOES ONE through TEN, inclusive<br><br>　　　　Defendant. | **CASE NO: 07-CV-05792-SI**<br><br>REQUEST AND STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR MARCH 7, 2008 |

Plaintiff's counsel requests, and has obtained a stipulation from opposing counsel for, a continuance of the Case Management Conference, currently set for March 7, 2008, to March 28, 2008 at 2:00 p.m.  The reason for the request is that Plaintiff's counsel is currently set to appear at a San Francisco Superior Court Early Settlement Program mediation on the afternoon of March 7, 2008 and these ESP mediation's are difficult to reschedule.

DATED: February 25, 2008

　　　　　　　　　　　　　　　　　　By: /S/ Stephen F. Henry
　　　　　　　　　　　　　　　　　　STEPHEN F. HENRY
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED: February 25, 2008　　　　　　MEYERS, NAVE

　　　　　　　　　　　　　　　　　　By: /S/ Jesse Lad
　　　　　　　　　　　　　　　　　　JESSE LAD
　　　　　　　　　　　　　　　　　　Attorney for Defendant

**07-CV-05792-SI**　　　　　　　　　　1　　　　　　Request for Continuance