**STEPHEN F. HENRY, ESQ.**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@SHenrylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM SETZLER | CASE NO: 07-CV-05792-SI |
|---|---|
| Plaintiff, | REQUEST AND STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR MARCH 7, 2008 |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, and DOES ONE through TEN, inclusive | |
| Defendant. | |

Plaintiff's counsel requests, and has obtained a stipulation from opposing counsel for, a continuance of the Case Management Conference, currently set for March 7, 2008, to March 28, 2008 at 2:00 p.m. The reason for the request is that Plaintiff's counsel is currently set to appear at a San Francisco Superior Court Early Settlement Program mediation on the afternoon of March 7, 2008 and these ESP mediation's are difficult to reschedule.

DATED: February 25, 2008

By: /S/ Stephen F. Henry
STEPHEN F. HENRY
Attorney for Plaintiff

DATED: February 25, 2008        MEYERS, NAVE

By: /S/ Jesse Lad
JESSE LAD
Attorney for Defendant

IT IS SO ORDERED
*Susan Illston*
Judge Susan Illston

07-CV-05792-SI        1        Request for Continuance