ARTHUR A. HARTINGER (SBN 121521)
ahartinger@meyersnave.com
JESSE J. LAD (SBN 229389)
jlad@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants City and County
of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SETZLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation and DOES ONE through TEN, inclusive<br><br>　　　　Defendants. | Case No. 07-CV-05792-SI<br><br>**ASSOCIATION OF COUNSEL** |

**TO:   PLAINTIFF WILLIAM SETZLER**

　　　The law firm of MEYERS, NAVE, RIBACK, SILVER & WILSON, attorney Jesse J. Lad, (SBN 229389), 555 12th Street, Suite 1500, Oakland, California 94607, telephone (510) 808-2000, facsimile (510) 444-1108, email jlad@meyersnave.com shall be additional counsel for said Defendants in the above-entitled action.

DATED: March 2̲4̲, 2008　　　MEYERS, NAVE, RIBACK, SILVER & WILSON


　　　　　　　　　　　　　　　　　By: /s/ Arthur A. Hartinger
　　　　　　　　　　　　　　　　　　　Arthur A. Hartinger
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant