ARTHUR A. HARTINGER (SBN 121521)
ahartinger@meyersnave.com
JESSE J. LAD (SBN 229389)
jlad@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants City and County
of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SETZLER, <br><br> Plaintiff, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation and DOES ONE through TEN, inclusive <br><br> Defendants. | Case No. 07-CV-05792-SI <br><br> **STIPULATION TAKING MOTION TO DISMISS OFF CALENDAR** |

Whereas, on January 28, 2008, Defendant City and County of San Francisco ("Defendant") filed a motion to dismiss Plaintiff's original Complaint;

Whereas, on February 8, 2008, this lawsuit was reassigned from Magistrate Judge Edward Chen to Honorable Susan Illston;

Whereas, Plaintiff's opposition to Defendant's motion to dismiss was due on March 21, 2008;

Whereas, on March 21, 2008, Plaintiff filed a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a);

Whereas, in light of this amendment, the parties stipulate to taking the hearing for the motion to dismiss, which is currently scheduled for April 7, 2008, off calendar;

1  Whereas, the parties also stipulate that Defendant will not be prejudiced in any
2  manner by its agreement to take the motion to dismiss hearing off calendar;
3  NOW, THEREFORE THE PARTIES HEREBY STIPULATE through their attorneys
4  of record that the hearing for Defendant's motion to dismiss, which is currently scheduled
5  for April 7, 2008, will be taken off calendar. Defendant will file a responsive pleading to
6  plaintiff's First Amended Complaint on or before April 21, 2008, and will not be prejudiced
7  in any manner by its agreement to take the motion to dismiss hearing off calendar.

DATED: March 25, 2008          MEYERS, NAVE, RIBACK, SILVER & WILSON

By:  /s/ Jesse J. Lad
     Jesse J. Lad
     Attorneys for Defendant

Dated: March 25, 2008          LAW OFFICES OF STEPHEN F. HENRY

By:  /s/ Stephen F. Henry
     Stephen F. Henry
     Attorneys for Plaintiffs