1  ARTHUR A. HARTINGER (SBN 121521)
   ahartinger@meyersnave.com
2  JESSE J. LAD (SBN 229389)
3  jlad@meyersnave.com
   MEYERS, NAVE, RIBACK, SILVER & WILSON
4  555 12th Street, Suite 1500
   Oakland, California  94607
5  Telephone:  (510) 808-2000
6  Facsimile:  (510) 444-1108

7  Attorneys for Defendants City and County
   of San Francisco
8

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11

12 | WILLIAM SETZLER,                                  | Case No. 07-CV-05792-SI
13 |            Plaintiff,                             | **STIPULATION TAKING MOTION TO DISMISS OFF CALENDAR**
14 |     v.                                            |
15 | CITY AND COUNTY OF SAN
   | FRANCISCO, a municipal corporation and
16 | DOES ONE through TEN, inclusive
17 |            Defendants.
18

19     Whereas, on January 28, 2008, Defendant City and County of San Francisco
20 ("Defendant") filed a motion to dismiss Plaintiff's original Complaint;
21     Whereas, on February 8, 2008, this lawsuit was reassigned from Magistrate
22 Judge Edward Chen to Honorable Susan Illston;
23     Whereas, Plaintiff's opposition to Defendant's motion to dismiss was due on
24 March 21, 2008;
25     Whereas, on March 21, 2008, Plaintiff filed a First Amended Complaint pursuant
26 to Federal Rule of Civil Procedure 15(a);
27     Whereas, in light of this amendment, the parties stipulate to taking the hearing
28 for the motion to dismiss, which is currently scheduled for April 7, 2008, off calendar;

---

Stipulation Regarding Motion to Dismiss          1              Case No. 07-CV-05792-SI

1  Whereas, the parties also stipulate that Defendant will not be prejudiced in any
2  manner by its agreement to take the motion to dismiss hearing off calendar;
3  NOW, THEREFORE THE PARTIES HEREBY STIPULATE through their attorneys
4  of record that the hearing for Defendant's motion to dismiss, which is currently scheduled
5  for April 7, 2008, will be taken off calendar.  Defendant will file a responsive pleading to
6  plaintiff's First Amended Complaint on or before April 21, 2008, and will not be prejudiced
7  in any manner by its agreement to take the motion to dismiss hearing off calendar.

9  DATED: March  25 , 2008          MEYERS, NAVE, RIBACK, SILVER & WILSON

11                                    By:  /s/ Jesse J. Lad
12                                         Jesse J. Lad
                                           Attorneys for Defendant

15  Dated: March 25  , 2008          LAW OFFICES OF STEPHEN F. HENRY

17                                    By:  /s/ Stephen F. Henry
                                           Stephen F. Henry
18                                         Attorneys for Plaintiffs



IT IS SO ORDERED
Judge Susan Illston