1  ARTHUR A. HARTINGER (SBN 121521)
   ahartinger@meyersnave.com
2  JESSE J. LAD (SBN 229389)
3  jlad@meyersnave.com
   MEYERS, NAVE, RIBACK, SILVER & WILSON
4  555 12th Street, Suite 1500
   Oakland, California 94607
5  Telephone: (510) 808-2000
6  Facsimile: (510) 444-1108

7  Attorneys for Defendants City and County
   of San Francisco
8

9                 UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12 | WILLIAM SETZLER,                              ) Case No. 07-CV-05792-SI
13 |            Plaintiff,                         ) **STIPULATION TAKING MOTION TO**
   |                                               ) **DISMISS OFF CALENDAR**
14 |       v.                                      )
15 | CITY AND COUNTY OF SAN                        )
   | FRANCISCO, a municipal corporation and        )
16 | DOES ONE through TEN, inclusive               )
17 |            Defendants.                        )
   |                                               )
18

19      Whereas, on January 28, 2008, Defendant City and County of San Francisco
20 ("Defendant") filed a motion to dismiss Plaintiff's original Complaint;
21      Whereas, on February 8, 2008, this lawsuit was reassigned from Magistrate
22 Judge Edward Chen to Honorable Susan Illston;
23      Whereas, Plaintiff's opposition to Defendant's motion to dismiss was due on
24 March 21, 2008;
25      Whereas, on March 21, 2008, Plaintiff filed a First Amended Complaint pursuant
26 to Federal Rule of Civil Procedure 15(a);
27      Whereas, in light of this amendment, the parties stipulate to taking the hearing
28 for the motion to dismiss, which is currently scheduled for April 7, 2008, off calendar;

---

Stipulation Regarding Motion to Dismiss        1              Case No. 07-CV-05792-SI

1   Whereas, the parties also stipulate that Defendant will not be prejudiced in any
2   manner by its agreement to take the motion to dismiss hearing off calendar;
3   NOW, THEREFORE THE PARTIES HEREBY STIPULATE through their attorneys
4   of record that the hearing for Defendant's motion to dismiss, which is currently scheduled
5   for April 7, 2008, will be taken off calendar.  Defendant will file a responsive pleading to
6   plaintiff's First Amended Complaint on or before April 21, 2008, and will not be prejudiced
7   in any manner by its agreement to take the motion to dismiss hearing off calendar.

DATED: March  25 , 2008         MEYERS, NAVE, RIBACK, SILVER & WILSON

By:  /s/ Jesse J. Lad
     Jesse J. Lad
     Attorneys for Defendant

Dated: March 25 , 2008          LAW OFFICES OF STEPHEN F. HENRY

By:  /s/ Stephen F. Henry
     Stephen F. Henry
     Attorneys for Plaintiffs



IT IS SO ORDERED
Judge Susan Illston