1  ARTHUR A. HARTINGER (SBN 121521)
   ahartinger@meyersnave.com
2  JESSE J. LAD (SBN 229389)
   jlad@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
4  555 12th Street, Suite 1500
   Oakland, California 94607
5  Telephone: (510) 808-2000
6  Facsimile: (510) 444-1108

7  Attorneys for Defendant City and County
   of San Francisco
8

9                       UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
11

12 | WILLIAM SETZLER,                        ) Case No. 07-CV-05792-SI
13 |           Plaintiff,                    )
   |                                         ) **REQUEST FOR JUDICIAL NOTICE IN**
14 |   v.                                    ) **SUPPORT OF DEFENDANT'S MOTION**
   |                                         ) **TO DISMISS FAC, MOTION TO STRIKE**
15 | CITY AND COUNTY OF SAN                  ) **& MOTION FOR PROTECTIVE ORDER**
   | FRANCISCO, a municipal corporation and  )
16 | DOES ONE through TEN, inclusive         ) DATE:  May 30, 2008
   |                                         ) TIME:  9:00 a.m.
17 |           Defendants.                   ) DEPT:  Courtroom 10
18

19     TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20         Pursuant to Federal Rules of Evidence 201, Defendant City and County of San Francisco

21 ("CCSF") requests that this Court take judicial notice of the following documents as set forth

22 below.  The Court may properly consider matters of public record, including reports, legislative

23 actions and reports of administrative bodies. *Mack v. South Bay Beer Distributors, Inc.*, 789

24 F.2d 1270, 1283 (9th Cir. 1986). Moreover, the Court may take notice of judicial proceedings in

25 other courts if they have a direct relation to the matters at issue in the proceeding. *United States*

26 *v. Robinson Rancheria Citizens Council*, 971 F.2d 244, 248 (9th Cir. 1992). Accordingly,

27 judicial notice is requested of the following:

28

---

Request for Judicial Notice    1    Case No. 07-CV-05792-SI

1. Exhibit A: Statement of Decision Denying Plaintiff's Motion to Grant Writ Petition;
2. Exhibit B: Judgment Denying Plaintiff's Writ Petition;
3. Exhibit C: Notice of Entry of Judgment Denying Plaintiff's Writ Petition;
4. Exhibit D: Memorandum of Understanding Between CCSF and the Deputy Sheriffs' Association dated July 1, 2005 to June 30, 2009;
5. Exhibit E: CCSF Civil Service Commission Rule 117;
6. Exhibit F: Judgment Denying Writ of Mandate dated August 25, 1998;
7. Exhibit G: Statement of Decision Denying Writ of Mandate dated August 25, 1998;
8. Exhibit H: Decision by California Court of Appeal First Appellate District in Setzler v. Retirement Board of the City and County of San Francisco;
9. Exhibit I: Transcript for Plaintiff's Motion for a New Trial from October 22, 1998;
10. Exhibit J: San Francisco Ordinance No. 12-08; and
11. Exhibit K: San Francisco Civil Service Appeal Procedure.

DATED: April 25, 2008          MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Jesse J. Lad
Jesse J. Lad
Attorneys for Defendant

1085870.1