**EXHIBIT B**

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  ANTHONY GRUMBACH, State Bar #195107
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3947
6  Facsimile:    (415) 554-4248

ENDORSED
FILED
San Francisco County Superior Court

APR 2 6 2006

GORDON PARK-LI, Clerk
BY: _____ AUDREY HUIE
                    Deputy Clerk

Attorneys for Respondents
CITY AND COUNTY OF SAN FRANCISCO AND
MICHAEL HENNESSEY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

UNLIMITED CIVIL JURISDICTION

| WILLIAM SETZLER, | Case No. 313725 |
|---|---|
| Petitioner, | [PROPOSED] JUDGMENT |
| vs. | Hearing Date:   July 18 & Dec. 8, 2005 |
| MICHAEL HENNESSEY, and CITY AND COUNTY OF SAN FRANCISCO, | Hearing Judge: Hon. James. L. Warren<br>Time:           9:30 a.m.<br>Place:          Dept. 301 |
| Respondents. | Date Action Filed:  July 19, 2000<br>Trial Date:          n/a |

On March 1, 2006, the Court entered its order denying Petitioner William Setzler's Verified Petition for Writ of Mandate under Code of Civil Procedure section 1085, file-stamped July 19, 2000.

This decision having been duly rendered, it is hereby further ORDERED and ADJUDGED that: Petitioner take nothing, ~~the action be dismissed with prejudice~~, and Respondents Michael Hennessey and City and County of San Francisco be awarded their costs of action of $5,770 (five thousand seven hundred and seventy dollars).

Dated: __APR 2 5 2006__        **JAMES L. WARREN**
                               ―――――――――――――――――――
                               THE HONORABLE JAMES L. WARREN
                               JUDGE OF THE SUPERIOR COURT