# EXHIBIT C

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ANTHONY GRUMBACH, State Bar #195107
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3947
Facsimile:     (415) 554-4248

ENDORSED FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

MAY - 4 2006

GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

Attorneys for Respondents
CITY AND COUNTY OF SAN FRANCISCO AND
MICHAEL HENNESSEY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

UNLIMITED CIVIL JURISDICTION

| | |
|---|---|
| WILLIAM SETZLER,<br><br>    Petitioner,<br><br>vs.<br><br>MICHAEL HENNESSEY, and CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Respondents. | Case No. 313725<br><br>**NOTICE OF ENTRY OF JUDGMENT**<br><br>Date Action Filed:    July 19, 2000<br>Trial Date:    n/a |

///
///
///
///
///
///
///

1

1

**TO PETITIONER WILLIAM SETZLER AND HIS ATTORNEY OF RECORD:**

2

Please take notice that on April 26, 2006, the Court entered its Judgment in the above-

3

captioned case. A true and correct copy of the Judgment is attached as **Exhibit A.**

4

5

Dated: _May 4, 2006_

6

DENNIS J. HERRERA
City Attorney

7

ELIZABETH S. SALVESON
Chief Labor Attorney

8

ANTHONY GRUMBACH
Deputy City Attorney

9

10

By: _Anthony Grumbach_

11

ANTHONY GRUMBACH

12

Attorneys for Defendant

13

CITY AND COUNTY OF SAN FRANCISCO
AND MICHAEL HENNESSEY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ENTRY OF JUDGMENT          CASE NO. 313725