# EXHIBIT F

LOUISE H. RENNE, State Bar #36508
City Attorney
DAN MAGUIRE, State Bar #56282
DAVID BENJAMIN, State Bar #78721
Deputy City Attorneys
Fox Plaza
1390 Market Street, Suite 250
San Francisco, California 94102-5408
    Telephone:    (415) 554-3900
    Facsimile:    (415) 554-3985

Attorneys for Respondent Retirement Board

MICROFILMED REEL/BATCH F: 264-11 DEPUTY COUNTY CLERK

FILED
San Francisco County Superior Court
AUG 25 1998
ALAN CARLSON, Clerk
BY: _____ Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## CITY AND COUNTY OF SAN FRANCISCO

| | |
|---|---|
| WILLIAM R. SETZLER,<br><br>    Petitioner,<br><br>vs.<br><br>RETIREMENT BOARD OF THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Respondent. | Case No. 979587<br><br>**JUDGMENT DENYING PETITION FOR WRIT OF MANDATE**<br><br>Hearing Date:  August 14, 1998<br>Hearing Judge:  Hon. R. Williamson<br>Time:  9:30 a.m.<br>Place:  Dept. 302 |

      This matter came regularly before this court for hearing on August 14, 1998. Michael Hebel, Esq. appeared for petitioner. Louise H. Renne, City Attorney, by David Benjamin, Deputy City Attorney, appeared for respondent. The record of the administrative proceedings having been received into evidence and examined by the court, arguments having been presented, the court having exercised its independent judgment in reviewing the record, the matter having been submitted for decision, and the court having issued its Statement of Decision and Order Denying Petition for Writ of Mandate, which has been signed and filed,

      IT IS ORDERED THAT:

      1.    The petition for writ of mandate is denied.

///

2.   Respondent shall recover its costs.

DATED: August 25, 1998

*[signature]*
Judge of the Superior Court