**EXHIBIT J**

FILE NO. 071136    In Board 1/15/08    ORDINANCE NO. 12-08

1  [Recreation and Park Department – Camping, Sleeping.]

2

3  **Ordinance amending San Francisco Park Code Section 3.12 to prohibit cooking, and to**

4  **prohibit modification of park landscape to create a shelter; and amending Section 3.13**

5  **to prohibit sleeping in any park from 8:00 p.m. to 8:00 a.m.**

6  Note:   Additions are *single-underline italics Times New Roman*;
          deletions are ~~*strikethrough italics Times New Roman*~~.
7         Board amendment additions are double underlined.
          Board amendment deletions are ~~strikethrough normal~~.
8

9  Be it ordained by the People of the City and County of San Francisco:

10  Section 1. The San Francisco Park Code is hereby amended by amending Sections

11  3.12 and 3.13 to read as follows:

12  **SEC. 3.12. CAMPING PROHIBITED.**

13  No person shall construct or maintain *or inhabit* any ~~*building,*~~ structure, tent or any other

14  thing in any park that may be used for housing accommodations or camping, *nor shall any*

15  *person construct or maintain any device that can be used for cooking,* except by permission from the

16  Recreation and Park Department or Commission.

17  *No person shall modify the landscape in any way in order to create a shelter, or accumulate*

18  *household furniture or appliances or construction debris in any park.*

19  **SEC. 3.13. SLEEPING PROHIBITED DURING CERTAIN HOURS.**

20  No person shall remain in any park for the purpose of sleeping between the hours of

21  ~~*10:00 p.m. and 6:00 a.m.*~~ *8:00 p.m. and 8:00 a.m.*, except that special permission may be granted

22  by the Recreation and Park Department to persons providing security services between said

23  hours in any park or for other unusual events.

24

25

Mayor Newsom
**BOARD OF SUPERVISORS**                                                    Page 1
                                                                             1/24/2008
                                                    N:\GOVERN\VELIZOND\RECPARK\PARKCODE\campord.doc

<u>A person cited under this Section shall not be in violation of this Section if: 1) he or she does not have an outstanding citation for violation of this Section; and, 2) within 30 hours of issuance of the citation, he or she accepts Social Services offered by the City, another public entity, or a private, non-profit agency. For the purpose of this Section, the term "Social Services" shall mean temporary or permanent housing, residential substance abuse treatment, Homeless Outreach Team Case Management services, or admission to a hospital or other residential facility for medical treatment. For purposes of this Section "outstanding citation" shall mean a citation that is not paid or that is under appeal.</u>

APPROVED AS TO FORM:
DENNIS J. HERRERA, City Attorney

By: *[signature]*
VIRGINIA DARIO ELIZONDO
Deputy City Attorney



## City and County of San Francisco

City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4689

### Tails

### Ordinance

| File Number: | 071136 | Date Passed: |
|---|---|---|

Ordinance amending San Francisco Park Code Section 3.12 to prohibit cooking, and to prohibit modification of park landscape to create a shelter; and amending Section 3.13 to prohibit sleeping in any park from 8:00 p.m. to 8:00 a.m.

November 13, 2007   Board of Supervisors — CONTINUED
Ayes: 8 - Ammiano, Daly, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval
Noes: 2 - Alioto-Pier, Chu
Absent: 1 - Dufty

November 20, 2007   Board of Supervisors — RE-REFERRED: Government Audit and Oversight Committee
Ayes: 8 - Ammiano, Daly, Dufty, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval
Noes: 3 - Alioto-Pier, Chu, Elsbernd

January 8, 2008   Board of Supervisors — AMENDED, AN AMENDMENT OF THE WHOLE BEARING SAME TITLE
Ayes: 7 - Ammiano, Chu, Daly, McGoldrick, Mirkarimi, Peskin, Sandoval
Noes: 4 - Alioto-Pier, Dufty, Elsbernd, Maxwell

January 8, 2008   Board of Supervisors — PASSED ON FIRST READING AS AMENDED
Ayes: 8 - Alioto-Pier, Chu, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin
Noes: 3 - Ammiano, Daly, Sandoval

January 15, 2008   Board of Supervisors — AMENDED
Ayes: 10 - Alioto-Pier, Ammiano, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval
Noes: 1 - Chu

January 15, 2008   Board of Supervisors — PASSED ON FIRST READING AS AMENDED
Ayes: 9 - Alioto-Pier, Chu, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval
Noes: 2 - Ammiano, Daly

January 29, 2008  Board of Supervisors — FINALLY PASSED
Ayes: 8 - Alioto-Pier, Chu, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin
Noes: 3 - Ammiano, Daly, Sandoval

File No. 071136

I hereby certify that the foregoing Ordinance was FINALLY PASSED on January 29, 2008 by the Board of Supervisors of the City and County of San Francisco.

*[signature]*
Angela Calvillo
Clerk of the Board

1·31·08
**Date Approved**

*[signature]*
Mayor Gavin Newsom

**File No. 071136**

*City and County of San Francisco*                                2                                Printed at 10:53 AM on 1/30/08
*Tails Report*