UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date:  May 30, 2008  (9:53am - 10:16am)

Case No.   C07-5792 SI           Judge:   SUSAN ILLSTON

Title: WILLIAM SETZLER -v- CO. OF SAN FRANCISCO

Attorneys: Stephen Henry, Jesse Lad

Deputy Clerk:  Monica Narcisse for Tracy Sutton   Court Reporter: Margo Gurule

**PROCEEDINGS**

1)   Defendant's Motion to Dismiss, Motion to Strike & Motion for Protective Order

2)   Case Management Conference

3)   

Order to be prepared by:  (  )Pltf   (  )Deft   ( **X** )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   ( **X** ) SUBMITTED
                                                    PART

Case continued to   **August 29, 2008 @ 2:30 p.m.** for Further Case Management Conference

Case continued to    **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to **May 19, 2009   @ 3:30 p.m.**  for Pretrial Conference

Case continued to **June 1, 2009   @ 8:30 a.m.**  for Jury Trial (:10  Days)

Discovery Cutoff: 2/27/2009  Designate Experts by: 1/23/2009, Rebuttal Experts:2/9/2009, Expert Discovery Cutoff: 2/27/2009

Dispositive motions due by 3/13/2009; Oppositions due 3/27/2009; Replies due 4/3/2009; Hearing date: April 17, 2009 @ 9:00 a.m.

Pretrial documents due: 5/5/2009

ORDERED AFTER HEARING:
• Matter referred to ADR for Early Neutral Evaluation (ENE)
• Joint Status Statement due by 8/22/2008