IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SELTZER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SF CITY AND COUNTY,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　/ | No. C 07-05792 SI<br><br>**PRETRIAL PREPARATION ORDER** |

　　　　It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 29, 2008  at  2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 2/27/2009.

DESIGNATION OF EXPERTS: 1/23/2009; REBUTTAL: 2/9/2009.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 2/27/2009.

DISPOSITIVE MOTIONS **SHALL** be filed by 3/13/2009;

　　　Opp. Due 3/27/2009;  Reply Due 4/3/2009;

　　　and set for hearing no later than April 17, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 19, 2009 at 3:30 PM.

JURY  TRIAL DATE: June 1, 2009 at 8:30 AM.,
　　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/30/08

　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge