# UNITED STATES DISTRICT COURT

## Northern District of California

| Setzler, | 07-05792 SI ENE |
|---|---|
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| City and County of San Francisco, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Marjorie Gelb**
Attorney at Law/Mediator
6279 Chabot Road
Oakland, CA 94618
510-655-5211

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05792 SI ENE                - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: July 28, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-05792 SI ENE                              - 2 -