1  **STEPHEN F. HENRY, ESQ.**
2  STATE BAR # 142336
   2625 Alcatraz Avenue, # 615
3  Berkeley, California 94705
   Telephone: (510) 898-1883
4  Facsimile (510) 295-2516
5  shenry@SHenrylaw.com
   Attorney for Plaintiff
6

7                    UNITED STATES DISTRICT COURT
8                                FOR
9              THE NORTHERN DISTRICT OF CALIFORNIA

10
11  WILLIAM SETZLER                          **CASE NO: 07-CV-05792-SI**

12         Plaintiff,                        APPLICATION FOR CONTINUANCE OF
                                             CASE MANAGEMENT CONFERENCE
13      vs.                                  CURRENTLY SET FOR AUGUST 29, 2008
                                             AND ADR COMPLETION DATE OF
14  CITY AND COUNTY OF SAN FRANCISCO, a      AUGUST 29, 2008
    municipal corporation, and DOES ONE through
15  TEN, inclusive

16         Defendant.

17       Plaintiff's counsel requests, and has obtained a stipulation from opposing counsel for, a

18  continuance of the Case Management Conference, currently set for August 29, 2008, to

19  September 5, 2008 at 2:30 p.m. or a subsequent date convenient to the Court. The reason for the

20  request is that Plaintiff's counsel is currently set to appear at a hearing on Coordination of Class

21  Actions in Avenal, California at 1:30 p.m. on August 29, 2008.  This hearing was originally

22  scheduled for 8:30 a.m. and Plaintiff's counsel expected to be able to return to San Francisco, an

23  approximately four hour trip, and attend the scheduled Case Management Conference.

24       In addition, Plaintiff's counsel requests that the completion date for the Early Neutral

25  Evaluation be extended to September 26, 2008 as counsel were just contacted for the first time

26  / / /
27  / / /
28  / / /

**07-CV-05792-SI**                          1                Application for Continuance

1. by the Neutral on August 4, 2008 and there is insufficient time to complete the Early Neutral
2. Evaluation prior to the currently set August 29, 2008 deadline for completion of ADR.

4. DATED: August 6, 2008

By: /S/ Stephen F. Henry
STEPHEN F. HENRY
Attorney for Plaintiff