STEPHEN F. HENRY, ESQ.
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@SHenrylaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SETZLER<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, and DOES ONE through TEN, inclusive<br><br>          Defendant. | **CASE NO: 07-CV-05792-SI**<br><br>APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR AUGUST 29, 2008 AND ADR COMPLETION DATE OF AUGUST 29, 2008 |

Plaintiff's counsel requests, and has obtained a stipulation from opposing counsel for, a continuance of the Case Management Conference, currently set for August 29, 2008, to September 5, 2008 at 2:30 p.m. or a subsequent date convenient to the Court. The reason for the request is that Plaintiff's counsel is currently set to appear at a hearing on Coordination of Class Actions in Avenal, California at 1:30 p.m. on August 29, 2008.  This hearing was originally scheduled for 8:30 a.m. and Plaintiff's counsel expected to be able to return to San Francisco, an approximately four hour trip, and attend the scheduled Case Management Conference.

In addition, Plaintiff's counsel requests that the completion date for the Early Neutral Evaluation be extended to September 26, 2008 as counsel were just contacted for the first time

///

///

///

**07-CV-05792-SI**                                        1                         Application for Continuance

1  by the Neutral on August 4, 2008 and there is insufficient time to complete the Early Neutral
2  Evaluation prior to the currently set August 29, 2008 deadline for completion of ADR.
3
4  DATED: August 6, 2008

                            By: /S/ Stephen F. Henry
                            STEPHEN F. HENRY
                            Attorney for Plaintiff

The case management conference has been continue 9/22/08 @ 2:30 p.m.

IT IS SO ORDERED

/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

07-CV-05792-SI            2            Application for Continuance