ARTHUR A. HARTINGER (SBN 121521)
ahartinger@meyersnave.com
JESSE J. LAD (SBN 229389)
jlad@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants City and County
of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SETZLER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation and DOES ONE through TEN, inclusive<br><br>    Defendants. | Case No. 07-CV-05792-SI<br><br>**REQUEST AND STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR SEPTEMBER 22, 2008** |

Defendants' counsel requests and has obtained stipulation from opposing counsel to continue the Case Management Conference currently scheduled for September 22, 2008 until November 21, 2008 at 2:00 p.m. The reason for this request is the parties have not completed their Early Neutral Evaluation ("ENE") due to scheduling conflicts and will not have the ENE completed prior to September 22, 2008. The parties have met and conferred and are currently in the process of scheduling the ENE to take place in October, 2008.

DATED: September 15, 2008    MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Jesse J. Lad
    Jesse J. Lad
    Attorneys for Defendant

---

Stipulation Regarding Continuance of CMC      1      Case No. 07-CV-05792-SI

Dated: September 15, 2008              LAW OFFICES OF STEPHEN F. HENRY

                                       By:   /s/ Stephen F. Henry
                                             Stephen F. Henry
                                             Attorneys for Plaintiffs

**IT IS SO ORDERED**                   9/18/08 Wm. Alsup for

Dated: September ___, 2008
                                       _____
                                       The Honorable Susan Illston

---

Stipulation Regarding Continuance of CMC        2        Case No. 07-CV-05792-SI