STEPHEN F. HENRY, ESQ.
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@SHenrylaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SETZLER<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, and DOES ONE through TEN, inclusive<br><br>        Defendant. | **CASE NO: 07-CV-05792-SI**<br><br>**STIPULATION AND ORDER TO DISMISS REMAINING CLAIMS FOR RELIEF** |

      Plaintiff William Setzler and Defendant City and County of San Francisco stipulate and agree to the dismissal of the following claims for relief contained in Plaintiff's Second Amended Complaint with prejudice pursuant to F.R.C.P. 41(a):

1.     Violation of Federal Civil Rights (42 U.S.C. § 1983) – Free Speech

2.     Retaliation

3.     Wrongful Termination in Violation Of Public Policy.

Dated: January 28, 2009                           STEPHEN F. HENRY, ESQ.

                                           By:    /s/ Stephen Henry
                                                   Stephen F. Henry
                                                   Attorney for Plaintiff

Dated: January 28, 2009            MEYERS, NAVE

                                      By:    /s/ Jesse Lad_____
                                                    Jesse Lad
                                                    Attorneys for Defendant

## **ORDER**

Based upon the stipulation above, the Court orders the dismissal of the following claims for relief contained in Plaintiff's Second Amended Complaint with prejudice:

1. Violation of Federal Civil Rights (42 U.S.C. § 1983) – Free Speech
2. Retaliation
3. Wrongful Termination in Violation Of Public Policy.

IT IS SO ORDERED.

Dated: January \_\_\_, 2009                                          _____
                                                               Honorable Susan Illston
                                                               U.S. Northern District Court Judge